NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUTOMATED TRANSACTIONS, LLC,**
*Plaintiff-Appellant,*

v.

**IYG HOLDING CO., 7-ELEVEN, INC., VCOM FINANCIAL SERVICES, INC., AND CARDTRONICS USA, INC.,**
*Defendants-Appellees.*

---

2011-1492

---

Appeal from the United States District Court for the District of Delaware in case no. 06-CV-0043, Judge Sue L. Robinson.

---

## ON MOTION

---

## ORDER

Upon consideration of IYG Holding Co., et al.'s motion to withdraw Eric J. Lobenfeld and Ira J. Schaefer as counsel of record and to substitute Donald R. Dunner as principal counsel,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 1 8 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Albert L. Jacobs, Jr., Esq.
Eric J. Lobenfeld, Esq.
Ira J. Schaefer, Esq.
Donald R. Dunner, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 1 8 2011**

**JAN HORBALY**
**CLERK**